UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PALMYRA SHIPPING & CHARTERING
LIMITED,

                Plaintiff,

     -against-

HERMITAGE RESOURCES LIMITED,

                Defendant.
------------------------------------x



07 CV 11059

ECF

RULE 7.1 STATEMENT

RECEIVED DEC 06 2007 U.S.D.C. S.D. N.Y. CASHIERS

Judge Pauley

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, PALMYRA SHIPPING & CHARTERING LIMITED (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
           December 5, 2007

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff
                              PALMYRA SHIPPING & CHARTERING
                              LIMITED

                              By: _____
                              James P. Rau (JR 7209)

                              Office and P.O. Address
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: (212) 344-0464
                              Fax: (212) 797-1212