UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PALMYRA SHIPPING & CHARTERING
LIMITED,

                Plaintiff,

   -against-

HERMITAGE RESOURCES LIMITED,

                Defendant.
------------------------------------x

**ECF**
**ORDER APPOINTING**
**PERSON TO SERVE**
**PROCESS**
07 Civ. 11059 (WHP)

      Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

      Upon reading the Affidavit of James P. Rau, sworn to December 5, 2007, and good cause having been shown,

      IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
       December 6, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
    DEPUTY CLERK

_____
United State District Judge
William H. Pauley III