UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
PALMYRA SHIPPING &
CHARTERING LTD.,                              :

          Plaintiff,         :        07 Civ. 11059 (WHP)

     -against-                        :        SCHEDULING ORDER No. 1

HERMITAGE RESOURCES LTD.,        :

          Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       The initial pre-trial conference scheduled for February 8, 2008 at 10:00 a.m. is adjourned until May 2, 2008 at 10:30 a.m. Counsel for Plaintiff is directed to: (a) serve copies of this Order upon all attorneys in this action and any parties who have not appeared through counsel; and (b) retain proof of such service.

Dated: February 11, 2008
      New York, New York

                                 SO ORDERED:

                                 WILLIAM H. PAULEY III
                                 U.S.D.J.

*Copy mailed to:*

James Peter Rau, Esq.
Cardillo & Corbett
29 Broadway, Suite 1710
New York, NY 10006
*Counsel for Plaintiff*