```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
PALMYRA SHIPPING & CHARTERING
LIMITED,

                Plaintiff,

     v.

HERMITAGE RESOURCES LIMITED,

                Defendant.
------------------------------x

NOTICE OF DISMISSAL
PURSUANT TO FRCP
RULE 41(a)(1)
07 Civ. 11059 (WHP)

     PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated:    New York, New York
           May 1, 2008

                               CARDILLO & CORBETT
                               Attorneys for Plaintiff
                               PALMYRA SHIPPING & CHARTERING
                               LIMITED

                               By: _____
                                  James P. Rau (JR 7209)

                               Office and P.O. Address
                               29 Broadway, Suite 1710
                               New York, New York 10006
                               Tel: (212) 344-0464

*The Clerk of Court is directed to mark this case closed.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
    5/6/2008